# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GINA KANELOPOULOS and GEORGE J. KANELOPOULOS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY and COLUMBIA CASUALTY COMPANY, a CNA INSURANCE COMPANY, <br><br> Defendants. | Case No. CIV-13-993-C |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALLSTATE ONLY

Pursuant to Fed.R.Civ.P. 41, Plaintiffs, Gina Kanelopoulos and George J. Kanelopoulos, Jr., by and through their respective counsel, hereby dismiss with prejudice Defendant Allstate Insurance Company. Each party shall bear its own attorney's fees and cost. Plaintiffs reserve all remaining claims against Columbia Casualty Company.

Dated this 1 day of July 2014.

s/ JIMMIE A. FRANKLIN
Jimmie A. Franklin
ATTORNEY AT LAW
4549 NW 36th Street
Oklahoma City, Oklahoma 73122
Phone: (405) 787-1999
Facsimile: (405) 787-1900
Email: legalrightscenter.Jim@coxinet.net

And

s/ GEORGE KANELOPOULOS, JR.
George J. Kanelopoulos, Jr.
KANELOPOULOS LAW FIRM, P.C.
4549 NW 36th Street
Oklahoma City, Oklahoma 73122
Phone: (405) 787-1999
Facsimile: (405) 787-1900
Email: legalrightsctr@aol.com
*Attorneys for Plaintiffs*

s/ RONALD L. WALKER
(Signed by Filing Attorney with permission of attorney)
RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
TOMLINSON · RUST · MCKINSTRY · GRABLE
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone: 405/606-3370
Facsimile: 877/917-1559
E-mail: ronw@trmglaw.com
E-mail: jerryn@trmglaw.com
*Attorneys for Defendant, Allstate Insurance Company*

s/ ANTHONY S. COX
(Signed by Filing Attorney with permission of attorney)
Anthony S. Cox, Esq.
COLLIAU CARLUCCIO KEENER MORROW & PARSONS
700 N. Pearl Street, Suite 450
Dallas, TX 75201
Ph: 214-220-5910
Fax: 214-220-5902
Email: Anthony.cox@cna.com

And

Robert N. Naifeh, Jr., OBA No. 10419
Sarah L. Gossett Parrish, OBA No. 11846
DERRYBERRY & NAIFEH, LLP
4800 North Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: (405) 528-6569
Facsimile: (405) 528-6462
*Attorneys for Defendant, Columbia Casualty Company*