IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GINA KANELOPOULOS, ET AL., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-13-993-C |
| | ) | |
| ALLSTATE INSURANCE COMPANY, ET AL., | ) | |
| | ) | |
| Defendant | ) | |

ADMINISTRATIVE CLOSING ORDER

On the representation from defendant's counsel Anthony S. Cox, the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 30 days of this date for the purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall be deemed to be dismissed. All pending motions are stricken as moot.

IT IS SO ORDERED this 22nd day of July, 2014.

ROBIN J. CAUTHRON
United States District Judge